IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTONIO DEL TORO,               )
                                )
            Petitioner,          )   Case No. 1:12-cv-124-SJM-SPB
                                )
    v.                          )
                                )
ARCHIE LONGLEY,                 )
                                )
            Respondent.         )

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on May 24, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on February 21, 2013 [11], recommends that the instant petition for writ of habeas corpus be denied and the case be closed. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. His objections [12] were filed on March 12, 2013. After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 4th Day of April, 2013;

IT IS ORDERED that the Petition for Writ of Habeas Corpus shall be, and hereby is, DENIED and the within case shall be marked "CLOSED."

The Report and Recommendation of Magistrate Judge Baxter, filed on February 21, 2013 [11], is adopted as the opinion of the Court.

                                                                                 s/    <u>Sean J. McLaughlin</u>
                                                                                        SEAN J. McLAUGHLIN
                                                                                       United States District Judge

cm:    All parties of record
        U.S. Magistrate Judge Susan Paradise Baxter